SECOND DEPARTMENT, JUNE, 1967

(June 5, 1967)

■ ALLSTATE INSURANCE COMPANY, Respondent, v. LOUIS J. BIANCO et al., Appellants.

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.